UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA, *EX REL.*
FAIR LABORATORY PRACTICES
ASSOCIATES,

                Plaintiff,

-against-

QUEST DIAGNOSTICS INCORPORATED,

                Defendant.
-----------------------------------------------------------X

Case No. 05 CV 5393

**FILED IN CAMERA AND UNDER SEAL**

**Rule 7.1 Statement**

JUDGE PATTERSON

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the relator, Fair Laboratory Practices Associates (a private non-government party) certifies that the following are corporate parent, affiliates and/or subsidiaries of said party, which are publicly held.

    None

Dated: New York, New York
         June 7, 2005

RECEIVED JUN 07 2005 U.S.D.C. S.D.N.Y. CASHIERS

Troutman Sanders LLP
By: _____
Philip R. Michael, Esq. (0881)
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212)704-6000